Certificate Number: 05781-TXW-DE-041349459

Bankruptcy Case Number: 26-11445

05781-TXW-DE-041349459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2026, at 12:53 o'clock PM PDT, Floyd Roper Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: August 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President